```
MATTHEW RAFAT (SBN 221577)
LAW OFFICE OF MATTHEW RAFAT
PO BOX 111351
CAMPBELL, CA 95011-1351
408-295-3367
```

Attorney for Plaintiff                                    E-FILED 7/14/2005

NORTHERN DISTRICT FEDERAL COURT

(Case now before JAMS)

SAN JOSE

| | |
|---|---|
| SALVADOR ZAVALA, an individual ) | CASE No.: 1110008532 / C04-00722 RMW |
| ) | |
| ) | NOTICE OF SUBSTITUTION OF |
| ) | ATTORNEY WITH PROPOSED ORDER |
| Plaintiff, ) | REQUESTING E-FILING DESIGNATION |
| ) | |
| vs. ) | |
| ) | |
| PROMETHEUS REAL ESTATE, a ) | |
| CORPORATION and TONY DESHAW, ) | |
| an individual ) | |
| ) | |
| Defendants. ) | |

Former legal representative Salvador Zavala represented himself.

His new legal representative is Matthew Rafat, Esq., SBN 221577, PO Box 111351, Campbell, CA 95011. t-408-871-2899; t-408-295-3367.

The party making this substitution is Plaintiff.

I consent to this substitution.

DATED: July 8, 2005                          /sd/ Salvador Zavala
                                             Salvador Zavala
                                             In Pro Per

Sub of Attorney                                                              1

1 | I accept this substitution.
2 | DATED: July 8, 2005                      /sd/ Matthew Rafat
3 |                                          Matthew Rafat
   |                                          Attorney at Law
4 |
   | IT IS SO ORDERED
5 |
   | Also, any further proceedings or orders will be e-filed so as to provide all parties with notice of
6 | any hearings.
7 | This case is designated for e-filing.
8 | **/s/ RONALD M. WHYTE**
   | Hon. Ronald Whyte
9 | **7/14/2005**
10|
11|
12|
...
28| Sub of Attorney                                                                               2

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years; my address is PO Box 111351, CA 95011. On July 8, 2005, I served the following documents(s):

1. **PLAINTIFF'S SUBSTITUTION OF ATTORNEY FORM**

By placing the documents(s) listed above in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing in the place designated for such in our offices, following ordinary business practices thereof to:

Servando Sandoval
Pahl and Gosslein
160 W. Santa Clara St.
Fourteenth Floor
San Jose, CA   95113

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 8, 2005 at San Jose, California.

/sd/ Matthew Rafat
Matthew Rafat

**Sub of Attorney**                                                                                              3