1  **PAHL & GOSSELIN**
   A Professional Corporation
2  **Thomas M. Gosselin, Esq.** (State Bar No. 104470)
   **Servando R. Sandoval, Esq.** (State Bar No. 205339)
3  160 West Santa Clara Street
   Fourteenth Floor
4  San Jose, California 95113-1700
   Telephone No.: (408) 286-5100
5  Facsimile No.: (408) 286-5722

6  Attorneys for Defendants
   PROMETHEUS REAL ESTATE GROUP, INC. and
7  TONY DESHAW

8  **MATTHEW RAFAT** (State Bar No. 221577)
   **LAW OFFICE OF MATTHEW RAFAT**
9  PO BOX 111351
   CAMPBELL, CA 95011-1351
10 408-871-2899

11 Attorney for Plaintiff
   SALVADOR ZAVALA
12

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION         *E-FILED - 12/7/05*

16 SALVADOR R. ZAVALA,          )   Case No. C04 00722 RMW
                                )
17         Plaintiff,           )   **STIPULATION FOR DISMISSAL**
                                )   **WITH PREJUDICE**
18 v.                           )
                                )   **ORDER**
19 PROMETHEUS,                  )
                                )
20         Defendant.           )
                                )
21 _____)

22         IT IS HEREBY STIPULATED by and between Plaintiff SALVADOR ZAVALA

23 ("Plaintiff"), and Defendants PROMETHEUS REAL ESTATE GROUP, INC. and

24 TONY DESHAW (collectively referred to hereinafter as "Defendants"), by and through

25 their respective counsel of record, that the parties have resolved the above-captioned

26 matter in its entirety.

27

28

Pahl & Gosselin
A Professional Corp.
160 W. Santa Clara St.
Fourteenth Floor
San Jose, CA 95113
(408) 286-5100

2353.016
Stipulation_for_Dismissal__00058713_.WPD

-------------------     1     -------------------
**STIPULATION AND DISMISSAL . . .**     (Case No. C04 00722 RMW)

1  IT IS FURTHER STIPULATED AND AGREED between the parties that,
2  pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), the entire action can be
3  dismissed with prejudice, each party to bear his or her own attorneys' fees and costs.

4  DATED: November 29, 2005       LAW OFFICES OF MATTHEW RAFAT

6                                  By: _____
                                       Matthew Rafat

                                    Attorneys for Plaintiff
                                    SALVADOR ZAVALA

10 DATED: November 29, 2005        PAHL & GOSSELIN
                                    A Professional Corporation

                                    By: _____
                                       Servando Sandoval

                                    Attorneys for Defendants
                                    PROMETHEUS REAL ESTATE
                                    GROUP, INC. and TONY DESHAW

**ORDER**

Having reviewed the above Stipulation of the parties in the above-captioned action, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

The entire action entitled *SALVADOR ZAVALA v. PROMETHEUS REAL ESTATE GROUP, INC. and TONY DESHAW*, Case No. C04 00722 RMW, is hereby dismissed with prejudice, each party to bear their own costs and fees.

IT IS SO ORDERED

DATED: 12/7/05                    /S/ RONALD M. WHYTE
                                   _____
                                   Judge of the United States District Court

Pahl & Gosselin
A Professional Corp.
160 W. Santa Clara St.
Fourteenth Floor
San Jose, CA 95113
(408) 286-5100

2353.016
Stipulation_for_Dismissal__00058713_.WPD

2

**STIPULATION AND DISMISSAL . . .**        (Case No. C04 00722 RMW)